Saverio Burdi, Respondent, v. Angelo Giordano, Appellant.— Order reversed, with ten dollars costs and disbursements, upon the ground that it fails to recite the grounds for the injunction (Code Civ. Proc. § 610; *Meyer* v. *Moress*, 106 App. Div. 556; *Brockway* v. *Miller*, 144 id. 239), and proceedings remitted to the Special Term for further action upon the motion for an injunction, on the same papers or such additional papers as may be submitted on notice. Burr, Thomas, Carr, Rich and Putnam, JJ., concurred.

Edward E. Cady, Respondent, v. Jeanette Holmes, Appellant.— Order modified to the extent of allowing defendant twenty days from the service of the order of this court in which to pay the terms imposed by the order appealed from, and that on making said payment as aforesaid the cause be set down for trial at the next term of the Supreme Court in Orange county, and as so modified said order is affirmed, with ten dollars costs and disbursements. No opinion. Burr, Thomas, Carr, Rich and Putnam, JJ., concurred.

George W. Clark, Respondent, v. New York, Susquehanna and Western Railroad Company, Appellant.— Judgment of the County Court of Orange county unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

Luigi Criscuoli, Respondent, v. Flora Criscuoli, Appellant.— Order affirmed, without costs. No opinion. Jenks, P. J., Burr, Thomas, Carr and Rich, JJ., concurred.

Michele Di Martino, an Infant, etc., Respondent, v. Francis A. Weisbecker, Sr., and Others, Individually, and as Copartners, etc., Appellants. — Judgment and order of the County Court of Kings county unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Carr, Rich, Stapleton and Putnam, JJ.

Antoinette Drda, Respondent, v. Joseph Komancek and Gustav Scharwachter, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Burr, Thomas, Carr, Rich and Putnam, JJ., concurred.

Alexander Dumas, Jr., Respondent, v. Auburndale Realty Company Appellant. (No. 1.) — Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Carr and Putnam, JJ., concurred; Burr and Thomas, JJ., dissented.

Samuel Green, Appellant, v. Supreme Council of the Royal Arcanum and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ., concurred.

Ralph E. Hemstreet, Respondent, v. Gertrude E. Childs, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Thomas, Carr and Rich, JJ., concurred.